UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-60956-CIV-SEITZ/O'SULLIVAN

DIANA M. BERNAL,
    Plaintiff,
v.

ALL AMERICAN INVESTMENT
REALTY, INC., et al.
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the plaintiff's Motion for Final Judgment of Garnishment (DE # 257, 9/12/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to the plaintiff's Motion for Final Judgment of Garnishment (DE # 257, 9/12/08) on or before **Tuesday, October 14, 2008**. The failure to file a response may result in a recommendation that the plaintiff's Motion for Final Judgment of Garnishment (DE # 257, 9/12/08) be granted in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **30th** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable Judge Seitz
All Counsel of Record

Copies mailed by Chambers to:

Tariq Hussain
All American Investment Realty, Inc.
All American Mortgage Bank, Inc.
LTDS Petroleum, Inc.
LTDAS Petroleum, Inc.
Labelle Petroleum, Inc.
3670 SW 23 Street
Ft. Lauderdale, FL 33312