UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-60956-CIV-SEITZ /O'SULLIVAN

DIANA M. BERNAL,

        Plaintiff,

v.

ALL AMERICAN INVESTMENT
REALTY, INC., *et al.*,

        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFFS' MOTION FOR FINAL JUDGMENT AGAINST GARNISHEE MORGAN STANLEY & CO., INC.

THIS CAUSE is before the Court on the Report and Recommendation [DE-272] on the first Motion for Final Judgment of Garnishment and the second Motion for Final Judgment of Garnishment issued by the Honorable John O'Sullivan, United States Magistrate Judge. Magistrate Judge O'Sullivan recommends that the first Motion be granted, thereby entitling judgment creditor Cassata & Hanson, P.L. to Defendant Tariq Hassain's account balances for accounts ending in 5761, 1499, 9840, 2180, 3270, and 7318 located at garnishee Bank of America, and that the second Motion, which involves the account ending in 5971 at garnishee Bank of America, be denied. No objections to the Report and Recommendation have been filed. After a thorough review of the record, the Court finds that Cassata & Hanson, P.L. has fully complied with Chapter 77 of the Florida Statutes. Therefore, in light of the thorough and well-reasoned Report and Recommendation, and there being no objections thereto, it is hereby

        ORDERED THAT

        (1)    The Report and Recommendation [DE-272] on the first Motion for Final Judgment of Garnishment and the second Motion for Final Judgment of Garnishment is AFFIRMED AND ADOPTED;

        (2)    Cassata & Hanson, P.L.'s first Motion for Final Judgment of Garnishment [DE-257] is GRANTED;

(3) Cassata & Hanson, P.L.'s second Motion for Final Judgment of Garnishment [DE-260] is DENIED;

(4) Cassata & Hanson, P.L. is entitled to final judgment, to be issued concurrently herewith, against garnishee Bank of America as to the total amount of Defendant Tariq Hussain's accounts ending in 5761, 1499, 9840, 2180, 3270, and 7318 and located at Bank of America, but not to exceed the amount of the May 8, 2008 Final Judgment [DE-220];

(5) Garnishee Bank of America is hereby GRANTED the $100 statutory garnishment fee, with such fee to be released from the registry of the Court and paid accordingly.

DONE AND ORDERED in Miami, Florida, this 6th day of March, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge O'Sullivan
Counsel of Record/Pro se parties